## FOURTH DISTRICT.

Joseph Kensche, appellee, v. J. B. Margolies Wholesale Grocery Company, appellant.

Dismissal of appeal from judgment for plaintiff in action in justice court. Order overruling motion to set aside order of dismissal. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed July 9, 1926.

T. M. Webb, for appellant. No appearance for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Rhodes-Burford Furniture Company, appellant, v. Herman Hanson, appellee.

Malicious prosecution. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed July 9, 1926.

Whitnel & Browning, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Sarah V. Grissom, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant.

Assumpsit upon benefit certificate. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook and Hon. William F. Borders, Judges, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

McGlynn & McGlynn, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Esther Sanders, administratrix of the estate of A. J. Sanders, deceased, appellee, v. United States Fuel Company, appellant.

Death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

Knapp & Campbell and Pulverman & Cantrell, for appellant; Joseph L. Earlywine, of counsel. Williams & Lewis, for appellee; Layman & Johnson, of counsel.

Mr. Justice Barry delivered the opinion of the court.

Nellie Sims, appellee, v. Hudson Insurance Company of New York, appellant.

Action upon fire insurance policy. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

Maurice V. Joyce and Leahy, Saunders & Walther, for appellant. McCawley Baird, for appellee.

Mr. Justice Barry delivered the opinion of the court.